# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

==Motion GRANTED.==

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-CR-00139 |
| | ) | Judge Trauger |
| QUINTEZE MILLER | ) | |

### MOTION TO DISMISS INDICTMENT

COMES NOW, the United States of America, by and through the undersigned Assistant U.S.

Attorney, and respectfully requests the Court dismiss the indictment in this case only as to defendant

Quinteze Miller, pursuant to the Federal Rules of Criminal Procedure Rule 48(a).


Respectfully submitted,
DAVID RIVERA
Acting United States Attorney for the
Middle District of Tennessee

 s/ Clay T. Lee
CLAY T. LEE
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151